The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RUBIE'S COSTUME COMPANY, INC., a New York corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YIWU HUA HAO TOYS CO., LTD.; TREND NATION, LLC; LI CHEN; TANG LI QUN; LI ZHOU; XIANG YUN; ZENG LI; OFER MANDLER; SHANJU LEI; AD HOC PRODUCT SOURCING & TRADING COMPANY LTD.; WEN TING XIE; JAMES JACKSON; JUNHUI JIANG; JOHN GAO; GUOFEN LUO; KUN HUANG; and JOHN DOES 1-13, currently unknown individuals and entities,<br><br>　　　　　Defendants. | No. 2:18-cv-01530-RAJ<br><br>**ORDER GRANTING RUBIE'S COSTUME COMPANY'S MOTION TO CONFIRM SUFFICIENCY OF ALTERNATIVE SERVICE** |

　　　This matter is before the Court on Plaintiff Rubie's Costume Company, Inc.'s ("Rubie's") motion to confirm sufficiency of alternative service. Dkt. # 30. Having reviewed the motion and the remainder of the record, the Court finds that Rubie's

ORDER - 1

1  service on Defendants Yiwu Hua Hao Toys Co., Ltd., Li Chen, Ofer Mandler,
2  Shanju Lei, and James Jackson via registered e-mail with confirmation of delivery
3  complies with this Court's previous Order granting alternative service (Dkt. # 22)
4  and Fed. R. Civ. P. 4(f)(3).  Plaintiff's motion is **GRANTED**.

6      DATED this 12th day of May, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge